UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHERLOCK INVESTMENTS-DUVALL LLC,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA NA, et al.,<br><br>Defendants. | CASE NO. 2:20-cv-00129-RAJ-BAT<br><br>**ORDER DIRECTING PLAINTIFF TO PROVIDE STATUS REPORT** |

  This case was removed from King County Superior Court on January 27, 2020. Dkt. 1. After the case was removed, Defendant Bank of America, Inc. moved to dismiss the original complaint (Dkt. 8) and Plaintiff Sherlock Investments-Duvall LLC filed its Amended Complaint on February 24, 2020. Dkt. 12. On February 27, 2020, summonses were electronically issued as to Defendants Donald Dixon, Jane Doe Dixon, Intercoastal Auto Brokers & Logistics, LLC, QAE Insurance Brokerage, Inc., Vivian F. Windross Charitable Remainder Unitrust, Jane Doe Windross, Kencle Windross. Dkt. 20. On April 29, 2020, Plaintiff's claims against Bank of America were dismissed with prejudice pursuant to the stipulation of Plaintiff and Bank of America. Dkt. 28; 4/29/20 Docket Entry.

  Pursuant to Federal Rule of Civil Procedure ("Fed. R. Civ. P.") 4(m), if a defendant is not served within 90 days after the complaint is filed, the court –on motion or on its own after notice

ORDER DIRECTING PLAINTIFF TO
PROVIDE STATUS REPORT - 1

to the plaintiff –must dismiss the action without prejudice against the defendant or order that service be made within a specified time. But, if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Plaintiff is responsible for having the summons and complaint served within the time allowed by Rule 4(m) and must furnish the necessary copies (of the summons and complaint) to the person who makes service. Fed. R. Civ. P. 4(c)(1).

Accordingly, it is **ORDERED** that Plaintiff shall provide the Court with a status report of its efforts to serve Defendants Donald Dixon, Jane Doe Dixon, Intercoastal Auto Brokers & Logistics, LLC, QAE Insurance Brokerage, Inc., Vivian F. Windross Charitable Remainder Unitrust, Jane Doe Windross, Kencle Windross by **July 17, 2020**. If Plaintiff requires additional time to complete service on defendants, it should so advise the Court, with reasons for needing additional time, and indicating how much additional time is required.

DATED this 10th day of July, 2020.

BRIAN A. TSUCHIDA
Chief United States Magistrate Judge